## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: | Debtor(s)<br>**GMNC Investments LLC**<br>1960 Spectrum Circle<br>Suite 100<br>Marietta, GA 30067<br><br>**27−3853092** | Case No.: **18−51282−sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Jordan E. Lubin

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated: May 15, 2019
Form 184